UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ANNE FLORENCE ANDRE-PEARSON,

        Plaintiff,

vs.

GRAND VALLEY HEALTH PLAN, INC.
a Michigan Corporation

        Defendant.

Hon. Paul Maloney
Case No. 1:12-cv-01223

| | |
|---|---|
| MICHELLE M. MCLEAN (P71393) <br> JOEL W. BAAR (P56796) <br> MICHAEL J. DISTEL (P43814) <br> BOLHOUSE, BAAR & LEFERE, P.C. <br> Attorney for Plaintiff <br> Grandville State Bank Building <br> 3996 Chicago Drive, SW <br> Grandville, MI 49418 <br> michellem@bolhouselaw.com <br> joelb@bolhouselaw.com <br> michaelj@bolhouselaw.com | MICHAEL A. ALAIMO (P29610) <br> BRIAN M. SCHWARTZ (P69018) <br> MILLER CANFIELD PADDOCK & STONE PLC <br> Attorneys for Defendant <br> 150 West Jefferson, Suite 2500 <br> Detroit, Michigan 48226 <br> (313)963-6420 <br> alaimo@millercanfield.com <br> schwartzb@millercanfield.com |

## **MOTION TO DISMISS**

Defendant Grand Valley Health Plan ("GVHP"), through its undersigned counsel, moves this Court to dismiss Plaintiff Anne Florence Andre-Pearson's complaint because it is completely preempted by the Employee Retirement Income Security Act ("ERISA"). In support of this motion, as more fully stated in its supporting brief, GVHP states:

1. On November 5, 2012, GVHP timely removed Plaintiff's Complaint to this Court on the basis of federal question jurisdiction because Plaintiff's claims derive from the processing of her claim for benefits pursuant to an ERISA-covered plan. 28 U.S.C. §1331; 28 U.S.C. §1132(e) (ERISA); *Aetna Health v. Davila*, 542 U.S. 200, 207-08, 214 (2004).

2. Each of Plaintiff's claims are completely preempted by ERISA and should be dismissed. 29 U.S.C. §1144(a).

3. On November 9, 2012, GVHP requested Plaintiff's concurrence in the filing of this Motion. Plaintiff did not concur, necessitating the filing of this Motion.

For the foregoing reasons and those set forth in its Brief, GVHP requests that the Court dismiss Plaintiff's complaint in its entirety because it is completely preempted by ERISA.

Respectfully submitted

Miller, Canfield, Paddock and Stone, P.L.C.


By /s/ Brian M. Schwartz
Brian M. Schwartz (P69018)
Attorneys for Defendant
150 West Jefferson, Suite 2500
Detroit, MI 48226
313-963-6420; FAX 313-496-8451
schwartzb@millercanfield.com

Dated: November 12, 2012

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to:

  Michelle Marie McLean     michellem@bolhouselaw.com

                                     /s/Brian M. Schwartz
                                     Brian M. Schwartz (P69018)
                                   MILLER, CANFIELD, PADDOCK
                                   AND STONE, P.L.C.
                                   Attorneys for Defendant
                                   150 West Jefferson, Suite 2500
                                   Detroit, MI  48226
                                   (313) 963-6420
                                   schwartzb@millercanfield.com

20,643,520.1\133863-00012