UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ANNE FLORENCE ANDRE-PEARSON,

          Plaintiff,

vs.

GRAND VALLEY HEALTH PLAN, INC.
a Michigan Corporation

          Defendant.

Hon. Paul Maloney
Magistrate Judge Joseph G. Scoville
Case No. 1:12-cv-01223

| | |
|---|---|
| MICHELLE M. MCLEAN (P71393)<br>JOEL W. BAAR (P56796)<br>MICHAEL J. DISTEL (P43814)<br>BOLHOUSE, BAAR & LEFERE, P.C.<br>Attorney for Plaintiff<br>Grandville State Bank Building<br>3996 Chicago Drive, SW<br>Grandville, MI 49418<br>michellem@bolhouselaw.com<br>joelb@bolhouselaw.com<br>michaelj@bolhouselaw.com | MICHAEL A. ALAIMO (P29610)<br>BRIAN M. SCHWARTZ (P69018)<br>MILLER CANFIELD PADDOCK & STONE PLC<br>Attorneys for Defendant<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>(313)963-6420<br>alaimo@millercanfield.com<br>schwartzb@millercanfield.com |

**DEFENDANT'S OBJECTIONS TO
THE MAGISTRATE JUDGE'S OCTOBER 18, 2013 ORDER
GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**

      Defendant Grand Valley Health Plan ("GVHP"), through its undersigned counsel, and pursuant to Fed. R. Civ. P. 72 and E.D. Mich. L.R. 72.1, objects to the Magistrate Judge's October 18, 2013 Order because it permits Plaintiff to file an Amended Complaint asserting an ERISA denial of benefit claim that, in part, is subject to dismissal because of the applicable statute of limitations as well as Plaintiff's failure to exhaust her administrative remedies.  As set forth in the attached brief, the Magistrate Judge's Order is clearly erroneous and contrary to law and should be reversed.

      WHEREFORE, GVHP requests that the Court sustain these objections to the Magistrate Judge's Order and enter an Order ruling that (a) Plaintiff's Amended Complaint is limited to

those services covered by Plaintiff's second-level appeal, which relates solely to claims incurred for non-emergency, non-preauthorized treatment outside GVHP's service area at St. Mary's Hospital and the Mayo Clinic from 9/14/11 to 9/21/11 and 10/10/11 to 10/17/11 and (b) Plaintiff may not recover for attorney fees incurred during the claim and appeal process.

                                        Respectfully submitted

                                        Miller, Canfield, Paddock and Stone, P.L.C.
                                        By /s/ Brian M. Schwartz (P69018)
                                        Attorneys for Defendant
                                        150 West Jefferson, Suite 2500
                                        Detroit, MI 48226
                                        313-963-6420; FAX 313-496-8451
Dated: October 31, 2013                 schwartzb@millercanfield.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 31, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to:

  Michelle Marie McLean    michellem@bolhouselaw.com

                                        /s/Brian M. Schwartz
                                        Brian M. Schwartz (P69018)
                                        MILLER, CANFIELD, PADDOCK
                                        AND STONE, P.L.C.
                                        Attorneys for Defendant
                                        150 West Jefferson, Suite 2500
                                        Detroit, MI 48226
                                        (313) 963-6420
                                        schwartzb@millercanfield.com

21652929.1\133863-00012