UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN
_____

| | |
|---|---|
| ANNE FLORENCE ANDRE-PEARSON,<br>Plaintiff, | Hon. Paul A. Maloney<br>Case No.1:12-cv-01223 |
| | Kent County Circuit Court<br>Case No. 12-09330-CK |
| -vs- | Hon. Donald A. Johnson |
| GRAND VALLEY HEALTH PLAN INC.,<br>A Michigan Corporation,<br>Defendant.<br>_____/ | |
| Michelle M. McLean (P71393)<br>Joel W. Baar (P56796)<br>Michael J. Distel (P43814)<br>Bolhouse, Baar & Lefere, P.C.<br>Attorneys for Plaintiff<br>Grandville State Bank Building<br>3996 Chicago Drive, SW<br>Grandville, MI 49418<br>(616) 531-7711<br>michellem@bolhouselaw.com<br>joelb@bolhouselaw.com | MICHAEL A. ALAIMO (P29610)<br>BRIAN M. SCHWARTZ (P69018)<br>MILLER CANFIELD PADDOCK & STONE PLC<br>Attorneys for Defendant<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>(313)963-6420<br>alaimo@millercanfield.com<br>schwartzb@millercanfield.com |

_____

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
OBJECTIONS TO MAGISTRATE JUDGE'S OCTOBER 18, 2013 ORDER**

    NOW COMES Plaintiff, Anne Florence Andre-Pearson ("Plaintiff") by and through her attorneys, Bolhouse, Baar, & Lefere PC, and herby files this Response to Defendant's Objections to Magistrate Judge's October 18, 2013 Order Granting Leave to Amend, and in relies on her Brief filed in Support or her Response.

    WHEREFORE, Plaintiff prays that this Honorable Court will deny the Defendant's Objection in its entirety and allow the Magistrate Judge's October 18, 2013 Order to stand and award Plaintiff attorneys fees for having to defend against this frivolous objection.

                                         Respectfully submitted,

Dated: <u>October 8, 2013</u>          Bolhouse, Baar & Lefere, P.C.

                                         By: /s/ Michelle M. McLean _____
                                         Michelle M. McLean (P71393)

                                         Grandville State Bank Building
                                         3996 Chicago Drive SW
                                         Grandville MI 49418
                                         Phone: (616) 531-7711

                                         Attorneys for Plaintiff Anne Florence Andre-Pearson