UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNE FLORENCE ANDRE–PEARSON,

      Plaintiff,                             Case No. 1:12–cv–01223–PLM

v.                                       Hon. Paul L. Maloney

GRAND VALLEY HEALTH PLAN, INC.,

      Defendant.
_____/

## ORDER

      The Court has been informed by telephone call from counsel for defendant of the agreement between the parties to settle this matter. Accordingly, appropriate closing document shall be filed with the Court by December 19, 2014.

      IT IS SO ORDERED.

Dated:  November 21, 2014                    /s/ Paul L. Maloney
                                                    PAUL L. MALONEY
                                                    Chief United States District Judge