THE WESTERN DISTRICT OF MICHIGAN

ANNE FLORENCE ANDRE-PEARSON,

    Plaintiff,

vs.

GRAND VALLEY HEALTH PLAN, INC.
a Michigan Corporation

    Defendant.

Hon. Paul Maloney
Case No. 1:12-cv-01223

---

| | |
|---|---|
| MICHELLE M. MCLEAN (P71393) <br> JOEL W. BAAR (P56796) <br> MICHAEL J. DISTEL (P43814) <br> BOLHOUSE, BAAR & LEFERE, P.C. <br> Attorney for Plaintiff <br> Grandville State Bank Building <br> 3996 Chicago Drive, SW <br> Grandville, MI 49418 <br> michellem@bolhouselaw.com <br> joelb@bolhouselaw.com <br> michaelj@bolhouselaw.com | MICHAEL A. ALAIMO (P29610) <br> BRIAN M. SCHWARTZ (P69018) <br> MILLER CANFIELD PADDOCK & STONE PLC <br> Attorneys for Defendant <br> 150 West Jefferson, Suite 2500 <br> Detroit, Michigan 48226 <br> (313)963-6420 <br> alaimo@millercanfield.com <br> schwartzb@millercanfield.com |

**STIPULATED ORDER TO DISMISS WITH PREJUDICE AND WITHOUT COSTS OR FEES**

The Court having been duly advised that the parties have agreed to the entry of this Order dismissing this matter with prejudice and without costs and/or attorney fees, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that this lawsuit be, and hereby is, dismissed with prejudice and without costs and/or attorney fees.

This Order resolves the last pending claim and closes the case.

IT IS SO ORDERED.

Date: December 18, 2014        /s/ Paul L. Maloney
                                          U.S. DISTRICT COURT JUDGE

_____      12-5-14
BOLHOUSE, BAAR & LEFERE, P.C.        Date
Michelle M. McLean (P71393)
Attorney for Plaintiff
Grandville State Bank Building
3996 Chicago Drive, SW
Grandville, MI 49418
michellem@bolhouselaw.com

_____      12/17/14
Miller, Canfield, Paddock & Stone, P.L.C.   Date
Brian M. Schwartz (P69018)
Attorneys for Defendant
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com